IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANNE SHEAIN, et al : CIVIL ACTION

v. :

PATHMARK STORES, INC. : NO. 02-5158

## O R D E R

AND NOW, this      day of July, 2002, it is hereby ORDERED that the above captioned case is referred to ARBITRATION.

```
                                        _____
                                        THOMAS N. O'NEILL, JR.,    J.
```