IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANNE SHEAIN, ET AL. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 02-5158 |
| PATHMARK STORES, INC. | : | |
| | : | |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on Friday, December 20, 2002. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107. REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.** NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court


By:_____
Stephen Sonnie
Deputy Clerk
Phone:267-299-7074

Date: September 10, 2002

Copies:     Charles Ervin, Courtroom Deputy to Judge O'Neill
            Docket Clerk - Case File

    Counsel:        Neil E. Jokelson, Esq.
                    Jerome E. Marks, Esq.

ARB2.FRM