IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANNE AND ROBERT SHEAIN, h/w | : | CIVIL ACTION |
| | : | NO. 02-5158 |
| vs. | : | |
| | : | |
| PATHMARK STORES, INC. | : | |

## **ORDER**

AND NOW, this _____ day of November, 2002, after consideration of defendant's Motion to Compel Answers to Discovery and plaintiffs' response thereto, the motion is granted. Plaintiffs will respond to defendant's Interrogatories and Requests for Production of Documents within ten (10) business days from the date of this order.

_____
THOMAS N. O'NEILL, JR., J.