IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Anne Sheain, et al | : | CIVIL ACTION |
| v. | : | |
| | : | No. 02-5158 |
| Pathmark Stores, Inc. | : | |
| | : | |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been scheduled for ARBITRATION at 9:30 am on * Wednesday, February 12, 2003.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

                                                          Michael E. Kunz
                                                          Clerk of Court

* Case continued from 12/20/02

                                                          By:_____
                                                          Tashia C. Irving
                                                          Deputy Clerk
                                                          Phone:267-299-7071

Date: November 29, 2002

Copies:      Charles Ervin, Courtroom Deputy to Judge Thomas O'Neill, Jr.
                Docket Clerk - Case File

           Counsel:        Neil E. Jokelson, Esq.
                               Jerome E. Marks, Esq.

ARB2.FRM