IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANNE SHEAIN, ROBERT SHEAIN | : | CIVIL ACTION |
| | : | |
| v. | | |
| | : | |
| PATHMARK STORES, INC. | : | NO. 02-5158 |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned civil action case has been rescheduled for ARBITRATION at 9:30 am on Thursday, February 13, 2003**\***.  **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE ROBERT N.C. NIX BUILDING, 900 MARKET ST., PHILADELPHIA, PA 19107.  REPORT TO ROOM 339 FOR YOUR ROOM ASSIGNMENT.**  NOTE: Arbitrators shall not participate in settlement discussions.

Michael E. Kunz
Clerk of Court

**\*Case continued from February 12, 2003
NO FURTHER CONTINUANCES
WILL BE GRANTED WITHOUT
COURT APPROVAL\***

By:_____
ADRIENNE MANN
Deputy Clerk
Phone:267-299-7075

Date: February 4, 2003

Copies:       Charles Ervin, Courtroom Deputy to Judge O'Neill, Jr.
              Docket Clerk - Case File

      Counsel:   Neil E. Jokelson, Esq.
                        Jerome E. Marks, Esq.

      Arbitrators:

ARB2.FRM